# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| DANIELLE FLETCHER,  :  Plaintiff,  : : vs.  : : COMMISSIONER OF SOCIAL  : SECURITY,  : Defendant.  : | Case No. 1:19-cv-1038  Judge Timothy S. Black  Magistrate Judge Stephanie Bowman |

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 15)
### AND TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 28, 2020, submitted a Report and Recommendation.  (Doc. 15).  No objections were filed, and the time for doing so has now expired.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this case.  Upon consideration of the foregoing, the Court finds that the Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

 1. The Report and Recommendation (Doc. 15) is **ADOPTED**;

 2. The Commissioner's decision is **AFFIRMED**, as the decision is supported by substantial evidence; and

3. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 3/25/2021                                                  *s/Timothy S. Black*
                                                                 Timothy S. Black
                                                                 United States District Judge